UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENNETT HASELTON, *et al.,*

　　　　　　　　Plaintiffs,

vs.

QUICKEN LOANS, INC., *et al.,*

　　　　　　　　Defendants.

No. C07-1777RSL

MINUTE ORDER

　　　　The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

　　　　Per request from counsel, the deadline for the Combined Joint Status Report and Discovery Plan has been extended to Monday, January 4, 2010.

　　　　DATED this 23rd day of December, 2009.

　　　　　　　　　　　　　　　　　　s/Kerry Simonds
　　　　　　　　　　　　　　　　　　by Kerry Simonds, Deputy Clerk
　　　　　　　　　　　　　　　　　　To Robert S. Lasnik, Judge
　　　　　　　　　　　　　　　　　　206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER