THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNETT HASELTON, an individual; PEACEFIRE, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS, INC, a Michigan corporation; and JOHN DOES, I-X,<br><br>Defendants | CIVIL ACTION NO. CV07-1777 RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### I.   STIPULATION

Defendant Quicken Loans Inc. ("Quicken Loans") and Plaintiffs Bennett Haselton and Peacefire, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice and with all parties to pay their own costs and fees.

/ / / /

/ / / /

/ / / /

/ / / /

STIPULATION AND ORDER - 1
CV07-1777

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  **SO STIPULATED AND AGREED** to on this 26th day of May 2010.

2                                      DOUGLAS E. MCKINLEY, JR.

3

4                                      */s/ Douglas E. McKinley, Jr. (per written authority)*
                                    Douglas E. McKinley, Jr., WSBA #20806

5                                      i.JUSTICE LAW, P.C.

6                                      Robert J. Siegel, WSBA #17312

7                                      Attorneys for Plaintiff

8                                      DORSEY & WHITNEY LLP

9

10                                      */s/ Stephanie L. Beers*
                                    James E. Howard, WSBA #37259

11                                      Stephanie L. Beers, WSBA #39337

12                                      Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER - 2
CV07-1777

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## II.   ORDER

Pursuant to Local Rule CR 10(g), IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or fees assessed to any party herein.

DATED this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE
ROBERT S. LASNIK

STIPULATION AND ORDER - 3
CV07-1777
4814-2058-5990\1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820